William J. Fields (admitted *pro hac vice*)
**FIELDS KUPKA & SHUKUROV LLP**
1370 Broadway, 5th Floor – #5100
New York, NY 10018
Tel:     (212) 231-1500
Fax:    (646) 851-0076
wfields@fksfirm.com

*Attorneys for Plaintiff*

*[Additional counsel appear on signature page.]*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SIMON ABRAHMS, individually and on behalf of all those similarly situated, )<br><br>              Plaintiffs, )<br><br>    v. )<br><br>RANDY S. MAY, JOHN P. CAHILL, PETER A. MEHRING, GARY M. METZGER, STEVEN K. NELSON, and ECOARK HOLDINGS, INC., )<br><br>              Defendants. ) | Case No. 2:20-cv-02060-RFB-BNW<br><br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff Simon Abrahms ("Plaintiff") hereby voluntarily dismisses, without prejudice, all claims and causes of action against all defendants in this action. No defendant has filed or served an answer or responsive motion. Plaintiff respectfully submits that notice of said dismissal is unnecessary to protect the interests of Ecoark Holdings, Inc. shareholders because: (i) Plaintiff seeks dismissal without prejudice; (ii) there has been no settlement or compromise of the action; (iii) there has been no collusion among the parties; (iv) neither Plaintiff nor his counsel has received or will receive any consideration from Defendants for the dismissal; and (v) no prior notice has been issued to shareholders in connection with this Action.

1    DATED:  January ___, 2021              /s/ William J. Fields

2                                           William J. Fields (admitted *pro hac vice*)
                                            **FIELDS KUPKA & SHUKUROV LLP**
3                                           1370 Broadway, 5th Floor – #5100
                                            New York, NY 10018
4                                           Tel:     (212) 231-1500
                                            Fax:    (646) 851-0076
5                                           wfields@fksfirm.com

6
                                            John P. Aldrich
7                                           Nevada Bar No. 6877
                                            **ALDRICH LAW FIRM, LTD.**
8                                           7866 West Sahara Avenue
                                            Las Vegas, NV 89117
9                                           Tel:  (702) 853-5490
                                            Fax:  (702) 227-1975
10                                          jaldrich@johnaldrichlawfirm.com

11

12                                          *Attorneys for Plaintiff*

13   SO ORDERED:

14   Dated: January _____, 2021

15

16   _____
     HON. RICHARD F. BOULWARE
17   United States District Judge

18

19

20

21

22

23

24

25

26

27

28